Prob 12
(Rev. 3-88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Tommie Seneca Dunlap                                                  Docket No. 99-00007-002

ERIE

### Petition on Supervised Release

    COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Tommie Seneca Dunlap, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 23rd day of October 2000, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a $100 special assessment.
- Shall not illegally possess a controlled substance.
- Shall not possess a firearm or destructive device.
- Shall participate in a program of testing and, if necessary, treatment for substance abuse.

10-23-00:  Conspiracy to Possess With Intent to Distribute Cocaine Base; 80 months' imprisonment, to be followed by 5 years' supervised release.

01-14-05:  Released to supervision in the Eastern District of Pennsylvania; Currently supervised by U.S. Probation Officer Valerie L. Riedel.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant has violated the following condition of supervision.

**The defendant shall not leave the judicial district without the permission of the Court or probation officer.**

According to the U.S. Probation Office in the Eastern District of Pennsylvania, on January 10, 2006, the defendant was out the Eastern District of Pennsylvania without the permission of the U.S. Probation Office.

PRAYING THAT THE COURT WILL ORDER that the supervised releasee be placed on home confinement for a period of 90 days to commence at the direction of the U.S. Probation Office. The use of electronic monitoring shall be at the discretion of the U.S. Probation Office.

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT

Considered and ordered this _____ day of _____, 2006, and ordered filed and made a part of the records in the above case.

_____
Maurice B. Cohill, Jr.
Senior U.S. District Judge

Executed on  February 14, 2006

_____
Michael DiBiasi
U.S. Probation Officer

_____
Paul J. Dippolito
Supervising U.S. Probation Officer

Place:  Pittsburgh, PA

UNITED STATES PROBATION OFFICE
EASTERN DISTRICT OF PENNSYLVANIA

NOTICE OF REQUEST FOR MODIFICATION OF SUPERVISION CONDITIONS

TO: **Tommie Dunlap**          CASE NUMBER: **1:99CR00007-002**

This is to notify you that the U.S. Probation Office intends to make a formal request to the Court that the conditions of supervision be modified as follows:

**That the defendant shall be placed on home confinement, with electronic monitoring, for a period of 90 days.**

The reason for this modification and addendum to the conditions of supervision is:

**The defendant left the judicial district without the permission of his supervised release officer.**

You are advised that you have the right to a hearing before the Court on the modification of the conditions of supervision, and that you have the right to be represented by counsel at such hearing. You also have the right to waive (give up) such a hearing. You are hereby asked to acknowledge receipt of the "Notice" by signing the applicable portion on the reverse side of this form and returning the form to your Probation Officer. If you desire a hearing, you should sign the ACKNOWLEDGMENT AND REQUEST FOR HEARING portion of the form. If you wish to waive (give up) a hearing, you should sign the ACKNOWLEDGMENT AND WAIVER portion of the form. If you request a hearing, you will be notified by this office of the time and place thereof in due course.

Daniel W. Blahusch, Chief
U.S. Probation Officer

_Valerie L. Riedel_  1/30/06
Valerie L. Riedel         Date
U.S. Probation Officer

VLR

## ACKNOWLEDGMENT AND REQUEST FOR HEARING

I, Tommie Dunlap, hereby acknowledge receipt of the Notice of Request for Modification of the Conditions of Supervision, and request a hearing thereon with my reasons stated below:

Signed:_____
(Date)

---

## ACKNOWLEDGMENT AND WAIVER OF HEARING

I, Tommie Dunlap, hereby acknowledge receipt of the Notice of Request for Modification of the Conditions of Supervision. I have read the Notice and understand that I have the right to a hearing before the Court on that request and to the assistance of counsel at the hearing. However, I hereby waive (give up) my right to a hearing and agree to the proposed modifications of conditions of supervision. I also certify that no promises have been made to me in order to induce me to give up my right to a hearing.

Signed: *Tommie Dunlap*
(Date) 1/30/06

WITNESS:

*Valerie J. Reed*
Name
600 Arch Street
Philadelphia, PA 19106
Address