Prob 12
(Rev. 3 88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Tommie Seneca Dunlap                        Docket No. 99-00007-002

ERIE

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Tommie Seneca Dunlap, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 23rd day of October 2000, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a $100 special assessment.
- Shall not illegally possess a controlled substance.
- Shall not possess a firearm or destructive device.
- Shall participate in a program of testing and, if necessary, treatment for substance abuse.

10-23-00:   Conspiracy to Possess With Intent to Distribute Cocaine Base; 80 months' imprisonment, to be followed by 5 years' supervised release.
01-14-05:   Released to supervision in the Eastern District of Pennsylvania; Currently supervised by U.S. Probation Officer Valerie L. Riedel.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the defendant has violated the following condition of supervision.

**The defendant shall not leave the judicial district without the permission of the Court or probation officer.**

According to the U.S. Probation Office in the Eastern District of Pennsylvania, on January 10, 2006, the defendant was out the Eastern District of Pennsylvania without the permission of the U.S. Probation Office.

PRAYING THAT THE COURT WILL ORDER that the supervised releasee be placed on home confinement for a period of 90 days to commence at the direction of the U.S. Probation Office. The use of electronic monitoring shall be at the discretion of the U.S. Probation Office.

ORDER OF COURT

Considered and ordered this 21st day of Feb., 2006, and ordered filed and made a part of the records in the above case.

Maurice B. Cohill, Jr.
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 14, 2006

Michael DiBiasi
U.S. Probation Officer

Paul J. Dippolito
Supervising U.S. Probation Officer

Place:   Pittsburgh, PA