

Prob 12
(Rev. 88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. Tommie Seneca Dunlap**                                    Docket No. 99-00007-002 ERIE

### Petition on Supervised Release

      COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Tommie Seneca Dunlap, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 23rd day of October 2000, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a $100 special assessment.
- Shall not illegally possess a controlled substance.
- Shall not possess a firearm or destructive device.
- Shall participate in a program of testing and, if necessary, treatment for substance abuse.

10-23-00:    Conspiracy to Possess With Intent to Distribute Cocaine Base; 80 months' imprisonment, to be followed by 5 years' supervised release.

01-14-05:    Released to supervision in the Eastern District of Pennsylvania; Currently supervised by U.S. Probation Officer Valerie L. Riedel.

02-21-06:    Order signed, Judge Cohill; Special condition added to include home confinement for a period of 90 days.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant has violated the following conditions of supervision.

**The defendant shall not leave the judicial district without the permission of the Court or probation officer.**

According to the U.S. Probation Office in the Eastern District of Pennsylvania, on January 10, 2006, the defendant was out of the Eastern District of Pennsylvania without the permission of the U.S. Probation Office.

**The defendant shall not commit another federal, state, or local crime.**

On February 7, 2006, the defendant was arrested by the Philadelphia, Pennsylvania, Police Department and was charged with the following criminal law violations: Criminal Conspiracy, Aggravated Assault, Robbery, Theft by Unlawful Taking, Receiving Stolen Property, Firearms Violations, and Simple Assault. The defendant remains incarcerated on a $50,000 bond.

U.S.A. vs. Tommie Seneca Dunlap
Docket No. 99-00007-002
Page 2

PRAYING THAT THE COURT WILL ORDER that a bench warrant be issued for the supervised releasee's arrest and that the warrant be lodged as a detainer at the House of Corrections, 8001 State Road, Philadelphia, Pennsylvania 19136.

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this _____ day of _____, 2006, and ordered filed and made a part of the records in the above case. | Executed on  02-28-06 |
|  | _____ |
|  | Michael DiBiasi |
|  | U.S. Probation Officer |
| _____ | _____ |
| Maurice B. Cohill, Jr. | Paul J. Dippolito |
| Senior U.S. District Judge | Supervising U.S. Probation Officer |
|  | Place:   Pittsburgh, Pennsylvania |