PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

SCANNED

RECEIVED
APR 10 2006
U.S. PROBATION & PRETRIAL SERVICES OFFICE

| DOCKET NUMBERS *(Tran. Court)* |
|---|
| 99-00007-002  ERIE |
| **DOCKET NUMBER** *(Rec. Court)* |
| 2:06-CR-135-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Tommie Seneca Dunlap<br>4127 Parrish Street<br>Philadelphia, PA 19104 | WESTERN DISTRICT OF PENNSYLVANIA | PROBATION OFFICE |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Maurice B. Cohill, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 01-14-05 | TO 01-13-10 |

**OFFENSE**
Conspiracy to Possess With Intent to Distribute Cocaine Base, 21 U.S.C. § 846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_March 15, 2006_          _Maurice B. Cohill, Jr._
Date                       United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_3/27/06_
Effective Date                  United States District Judge