# *MEMORANDUM*

| | | |
|---|---|---|
| **DATE** | : | April 10, 2006 |
| **REPLY TO ATTENTION OF** | : | Elena Donnelly<br>U.S. Probation Office, Pittsburgh, PA |
| **SUBJECT** | : | DUNLAP, Tommie Seneca<br>Criminal No. 99-00007-002<br>**TRANSFER OF JURISDICTION** |
| **TO** | : | Clerk of Court's Office, Pittsburgh, PA |

Attached is Probation Form 22 (Transfer of Jurisdiction) on the above case, which has been signed by both U.S. District Judge Cohill, of this District and U.S. District Judge Curtis Joyner, of the Eastern District of Pennsylvania, transferring jurisdiction to Philadelphia, effective March 27, 2006.

Please send this district's file to the Clerk of Court's Office in Philadelphia.

NOTE: If this case involves payment of restitution jointly/severally, payments at this criminal number will continue to be processed in this District (per AO Memorandum dated 11-14-00).

Thank you.

:emd

Attachment: Probation Form 22