UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

DATE: April 11, 2006

RECD - 4/14/06
BY: KW

Clerk, US District Court
Eastern District of Pennsylvania
2609 United States Courthouse
601 Market Street
Philadelphia PA 19106-1796

Re: USA v. Dunlap

Criminal Action No. 99-00007-002

Dear Sir or Madam:

The following certified copies of documents in the above entitled action are being forwarded to your office pursuant to an executed Probation Form No. 22, authorizing transfer of jurisdiction of this probationer to your District.

Indictment, Judgment, and Docket Sheet

Please acknowledge receipt of these documents on the enclosed copy of this letter and return it to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: _____
Debra L. Mayo
Deputy Clerk

COPY

Enclosures

**RECEIVED**

**APR 1 9 2006**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA