IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 99-07 Erie |
| ) | |
| TOMMIE SENECA DUNLAP ) | |

**GOVERNMENT MOTION TO DISCLOSE PRESENTENCE INVESTIGATION REPORT**

AND NOW comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Marshall J. Piccinini, Assistant United States Attorney for said District, and submits this Motion to Disclose Presentence Report as follows to the Court:

1. According to the Local Criminal Rules of Court, dissemination of the content of a presentence report can only be made with the express permission of the court. LCrR. 32.1(I).

2. The defendant was sentenced by the Honorable Maurice B. Cohill on October 23, 2000 to serve 80 months in prison to be followed by five years of supervised release. The case is now closed.

3. Currently the defendant is facing a prosecution for committing an assault while he was incarcerated at a federal institution in the Eastern District of Virginia. The defendant is now incarcerated in a federal prison in West Virginia, and is pending an identity and removal hearing in West Virginia for his return to the Eastern District of Virginia for prosecution there.

4. In order to more fully prepare for the identity and removal hearing and to be more fully informed about the defendant's complete criminal history, background, and identification information, this office has been requested to release the presentence report to the Assistant U.S. Attorney assigned to the matter in the Eastern District of Virginia for further dissemination to the authorities in West Virginia.

5. The United States is in possession of the presentence report and requests this court's permission under LCrR. 32.1, to release the report as requested herein.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney


s/ Marshall J. Piccinini
MARSHALL J. PICCININI
Assistant U.S. Attorney
PA ID No. 56362