IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 99-07 Erie |
| | ) | |
| TOMMIE SENECA DUNLAP | ) | |

**O R D E R**

AND NOW, to wit, this 5th day of July, 2007, upon consideration of the Motion to Disclose Presentence Investigation Report, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

The United States is hereby permitted to disclose the content of the Presentence Investigation Report in this matter to the Office of the U.S. Attorney for the Eastern District of Virginia and further dissemination of the report to the Office of the U.S. Attorney for the Northern District of West Virginia is authorized.

*Maurice B. Cohill, Jr.*
UNITED STATES DISTRICT JUDGE

cc: United States Attorney